UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ERIC LETT,** on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br><br>**v.**<br><br>**SURROUND PROTECTION & INVESTIGATIONS, LLC,** and **LONNIE FOSTER,** Individually**,**<br><br>Defendants. | **CASE NO.: 1:16-CV-04583-ELR** |

## NOTICE OF VOLUNTARY DISMISSAL *WITHOUT* PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) the Plaintiff, by and through undersigned counsel, hereby dismisses the above styled action *without* prejudice.

Dated this 2nd day of May, 2017.

/s/ Carlos V. Leach
Carlos V. Leach, Esq.
GA Bar No.: 488443
**MORGAN & MORGAN, P.A.**
191 Peachtree Street, N.E., Suite 4200
Atlanta, Georgia 30343-1007
Tel:  (404) 965-8811
Fax:  (404) 965-8812
E-mail: CLeach@forthepeople.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ERIC LETT,** on behalf of himself and others similarly situated,<br><br>    Plaintiff(s),<br><br>**v.**<br><br>**SURROUND PROTECTION & INVESTIGATIONS, LLC,** and **LONNIE FOSTER,** Individually**,**<br><br>    Defendants. | **CASE NO.:  1:16-CV-04583-ELR** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2017, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants:

Defendant, Surround Protection & Investigations, LLC
c/o Tony Worthern, as Registered Agent
2724 Bomar Road
Douglasville, Georgia 30135

Defendant, Lonnie Foster, Individually
2724 Bomar Road
Douglasville, Georgia 30135

/s/ Carlos V. Leach
Carlos V. Leach, Esq.
GA Bar No.:  488443
**MORGAN & MORGAN, P.A.**
*Attorneys for Plaintiffs*